# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: HELEN F. JONES  
2528 HERITAGE COURT  
ROCKFORD, IL  61108  

SSN-xxx-xx-3821

Case Number: 07-71575

Case filed on: 7/2/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $320.00              Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ISAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MCLEOD USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PATRICIA M. FENNELL / NICOR GAS CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY JAMES THOMPSON | 5,200.76 | 5,200.76 | 0.00 | 0.00 |
|  | Total Priority | 5,200.76 | 5,200.76 | 0.00 | 0.00 |
| 999 | HELEN F. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DOWNTOWN MOTORS | 3,425.00 | 3,425.00 | 19.38 | 153.96 |
| 002 | RICE AUTO SALES | 5,985.93 | 3,500.00 | 0.00 | 126.06 |
| 021 | RHA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,410.93 | 6,925.00 | 19.38 | 280.02 |
| 002 | RICE AUTO SALES | 0.00 | 2,485.93 | 0.00 | 0.00 |
| 003 | AMCORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ATTORNEY JOSEPH BRUCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AUBURN HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 5,531.27 | 5,531.27 | 0.00 | 0.00 |
| 008 | GUILFORD HIGH SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCLEOD USA | 189.65 | 189.65 | 0.00 | 0.00 |
| 012 | NICOR GAS | 4,146.69 | 4,146.69 | 0.00 | 0.00 |
| 014 | NORTHERN ILLINOIS OPTICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SREENAN & CAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL ER DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 404.17 | 404.17 | 0.00 | 0.00 |
| 023 | ILLINOIS STUDENT ASSISTANCE COMM | 3,874.24 | 3,874.24 | 0.00 | 0.00 |
|  | Total Unsecured | 14,146.02 | 16,631.95 | 0.00 | 0.00 |
|  | Grand Total: | 28,757.71 | 28,757.71 | 19.38 | 280.02 |

Total Paid Claimant:     $299.40  
Trustee Allowance:       $20.60  
Percent Paid Unsecured:  0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008         By  /s/Heather M. Fagan